#11092006
$2.58

# MORRIS L. HORWITZ
**Chapter 7 United States Trustee in Bankruptcy**
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

June 23, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

    Re:    HERBST, GERALD F. JR.
           HERBST, JUDITH A.        Case   09-11937-K
           Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.58. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant   Verizon    Amount $ 2.58    Claims Register #11

_____
Morris L. Horwitz, ~~Trustee~~

FILED
JUN 29 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Case 1-09-11937-CLB   Doc 49   Filed 06/29/11   Entered 06/29/11 13:54:54   Desc Main Document   Page 1 of 1